```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 15607
   KIMBERLY A VAN HORN
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-4508


-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 06/18/08 .

     2.  The case was converted to Chapter 7 without confirmation, 08/13/2008.

-----------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------
NATIONAL CITY MORTGAGE   CURRENT MORTG         .00             .00           .00
NATIONAL CITY MORTGAGE   MORTGAGE ARRE   NOT FILED             .00           .00
GE MONEY BANK            UNSECURED       NOT FILED             .00           .00
ASSET ACCEPTANCE CORP    UNSECURED       NOT FILED             .00           .00
CALVARY INVESTMENTS      UNSECURED       NOT FILED             .00           .00
CHASE MANHATTAN BANK USA UNSECURED       NOT FILED             .00           .00
CITIFINANCIAL            UNSECURED       NOT FILED             .00           .00
CREDIT PROTECTION ASSOC  UNSECURED       NOT FILED             .00           .00
DEPENDON COLLECTION SVC  UNSECURED       NOT FILED             .00           .00
FIRST NATIONAL BANK OF O UNSECURED       NOT FILED             .00           .00
HSBC                     UNSECURED       NOT FILED             .00           .00
MIDLAND CREDIT MGMT      UNSECURED       NOT FILED             .00           .00
OSI COLLECTION SERVICES  UNSECURED       NOT FILED             .00           .00
ZENITH ACQUISITION CORP  UNSECURED       NOT FILED             .00           .00
          Summary of disbursements:
-----------------------------------------------------------------------
                   SECURED     PRIORITY     UNSECURED     OTHER         TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00           .00          .00           .00
PRINCIPAL PAID         .00          .00           .00          .00           .00
INTEREST PAID          .00          .00           .00          .00           .00
TOTAL PAID             .00          .00           .00          .00           .00
The Debtor's attorney, DEVONA & ASSOC              , was allowed $         .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 01/22/09                    /s/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE